ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RENEE SANDLER SHAMBLIN (#017473)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2616
Email: Renee.s.Shamblin@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KRISTI ROSE TURMAN,<br><br>Debtor. | In Proceedings under Chapter 7<br><br>Case No. 0:15-bk-02666-DPC<br><br>**NOTICE OF UNITED STATES TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH MR. KIRK A. GUINN**<br><br>**Fed.R.Bankr.P. 9019** |

TO: ALL CREDITORS AND PARTIES IN INTEREST

Notice is hereby given that the United States Trustee for the District of Arizona (the "UST"), has filed a *Motion to Approve Settlement with Mr. Kirk A. Guinn* (the "Motion"). A complete copy of the Motion is attached to this Notice as Exhibit 1.

The Motion is filed in the Chapter 7 case of Alvin V. Sersig, Jr., Case No. 4:15-bk-12519-BMW, but the settlement terms provide for the disgorgement of Mr. Guinn's attorney fees in the ten related Chapter 7 and Chapter 13 cases listed below:

| | **Case Name** | **Case number** |
|---|---|---|
| 1 | Douglas, Sean & Katheryn | 2:15-bk-07859-DPC |
| 2 | Hernandez, Christina | 2:15-bk-10355-DPC |
| 3 | De Matteo, Daniel | 2:15-bk-15034-PS |
| 4 | Taylor, Mary & Scott | 0:16-bk-00186-PS |
| 5 | Elton, Jennifer | 4:16-bk-01036-SHG |
| 6 | Gibson, Adam & Leilani Schilling | 4:16-bk-01224-BMW |
| 7 | Strickler, Gary & Nancy | 2:16-bk-01716-EPB |
| 8 | Goodgion, Gloen & Judith | 2:16-bk-02225-BMW |

| | Case Name | Case number |
|---|---|---|
| 9 | Chipo, Tema | 4:16-bk-04023-BMW |
| 10 | Cullum, Daniel | 2:16-bk-04593-MCW |

In the event of a default that is not cured within 14 days, the settlement terms provide for a judgment to be entered against Mr. Guinn in an amount equivalent to any attorney's fees that were not already disgorged from the twenty-one related Chapter 7 and Chapter 13 cases listed below, in a principal amount not to exceed $26,835.00:

| | Case Name | Case number |
|---|---|---|
| 1 | Serbin, Amanda & Raul | 4:14-bk-05836-BMW |
| 2 | Garner, Joe & April | 2:14-bk-18304-GBN |
| 3 | Turman, Kristi | 0:15-bk-02666-DPC |
| 4 | Feidler, Joseph | 2:15-bk-02955-GBN |
| 5 | Farvour, Donald & Silvia | 0:15-bk-06272-PS |
| 6 | Guy, Joseph & Kristie | 2:15-bk-06377-DPC |
| 7 | Douglas, Sean & Katheryn | 2:15-bk-07859-DPC |
| 8 | Edwards, Chuck & Lee | 2:15-bk-09924-DPC |
| 9 | Bracknell, Jennifer | 4:15-bk-10250-BMW |
| 10 | Hernandez, Christina | 2:15-bk-10355-DPC |
| 11 | Dion, Lynn & Steven | 0:15-bk-11947-PS |
| 12 | Leftwich, Candice & Stephen | 0:15-bk-14831-DPC |
| 13 | Duran, Marco | 2:15-bk-15381-GBN |
| 14 | De Matteo, Daniel | 2:15-bk-15034-PS |
| 15 | Taylor, Mary & Scott | 0:16-bk-00186-PS |
| 16 | Elton, Jennifer | 4:16-bk-01036-SHG |
| 17 | Gibson, Adam & Leilani Schilling | 4:16-bk-01224-BMW |
| 18 | Strickler, Gary & Nancy | 2:16-bk-01716-EPB |
| 19 | Goodgion, Glen & Judith | 2:16-bk-02225-BMW |
| 20 | Chipo, Tema | 4:16-bk-04023-BMW |
| 21 | Cullum, Daniel | 2:16-bk-04593-MCW |

Any person opposing the relief requested in the Motion shall file a written objection on or before twenty-one (21) days from the date of service of this notice with the United States Bankruptcy Court, as follows: (a) by hand delivery or mail to 38 S. Scott Ave., Tucson, Arizona 85701, or (b) electronically

- 2 -

| | |
|---|---|
| 1 | at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures. A copy of |
| 2 | the objection shall be mailed to the attorney for the UST as follows: |

Renee Sandler Shamblin
Office of the United States Trustee
230 N. 1st Avenue, Suite 204
Phoenix, Arizona 85003-1706

If no objections are filed, the Court may approve the Motion without further notice or hearing.

RESPECTFULLY SUBMITTED this 11th day of August, 2016.

                    ILENE J. LASHINSKY
                    United States Trustee
                    District of Arizona

                    /s/ RSS (#017473)
                    RENEE SANDLER SHAMBLIN
                    Trial Attorney

Copy of the foregoing served via electronic mail
this 11th day of August, 2016, to the parties listed below:
:
Kirk Guinn
Guinn Sen & Walton, PLLC
3707 E. Southern Av., #1070
Mesa, AZ 85206
kirk@gswlawaz.com

Stanley J. Kartchner
7090 N. Oracle Road, #178-204
Tucson, AZ 85704
trustee@aztrustee.com

Eric M. Haley
PO Box 13390
Scottsdale, AZ 85267
ehaley@haley-law.com

Maureen Gaughan
 PO Box 6729
Chandler, AZ 85246-6729
Maureen@mgaughan.com

S. William Manera
 2001 E. Campbell Suite 103
Phoenix, AZ 85016
smanera@swmanera.com

- 3 -

| | |
|---|---|
| 1 | William Pierce<br>PO Box 429<br>Chino Valley, AZ 86323-0429<br>wpt@abk7.net |
| 2 | Trudy Nowak<br>2001 E. Campbell<br>Suite 201<br>Phoenix, AZ 85016<br>tan@tanowak.com |
| 3 | Jill Ford<br>PO Box 5845<br>Carefree, AZ 85377<br>jford@trustee.phxcoxmail.com |
| 4 | Russell Brown<br>3838 N. Central Ave.<br>Suite 800<br>Phoenix, AZ 85012-1965<br>rbrown@ch13bk.com |
| 5 | Gayle Mills<br>PO Box 36317<br>Tucson, AZ 85740<br>gaylemills@earthlink.net |
| 6 | Edward J. Maney<br>101 N. First Avenue, Suite 1775<br>Phoenix, AZ 85003<br>office@maney13trustee.com |
| 7 | Diane M. Mann<br>PO Box 12970<br>Scottsdale, AZ 85267-2970<br>Dmm1126@aol.com |
| 8 | Robert A. Mackenzie<br>2001 E. Campbell Ave., Suite 200<br>Phoenix, AZ 85016<br>ram@ramlawltd.com |
| 9 | David A. Birdsell<br>216 N. Center<br>Mesa, AZ 85201<br>dab@azbktrustee.com |

/s/ Connie Hoover

# Exhibit 1

| | |
|---|---|
| 1 | ILENE J. LASHINSKY (#003073) |
| | United States Trustee |
| 2 | District of Arizona |
| 3 | RENEE SANDLER SHAMBLIN (#017473) |
| | Trial Attorney |
| 4 | 230 N. First Ave., Suite 204 |
| | Phoenix, Arizona 85003-1706 |
| 5 | Phone: (602) 682-2616 |
| | Email: Renee.s.Shamblin@usdoj.gov |

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

ALVIN V. SERSIG, JR.,

Debtor.

In Proceedings under Chapter 7

Case No. 4:15-bk-12519-BMW

**UNITED STATES TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH MR. KIRK A. GUINN**

The United States Trustee for the District of Arizona (the "UST"), by and through undersigned counsel, hereby respectfully moves this Court for an Order approving a settlement with Mr. Kirk Guinn, (the UST and Mr. Guinn are collectively referred to herein as the "Parties"). This Motion is supported by the entire record in this case, and the grounds more specifically set forth in the attached Memorandum of Points and Authorities.

RESPECTFULLY SUBMITTED this 11th day of August, 2016.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ RSS (#017473)
RENEE SANDLER SHAMBLIN
Trial Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. FACTUAL BACKGROUND.

1. On February 22, 2016, the UST filed a disgorgement motion (the "Motion") against Mr. Kirk Guinn in the above captioned Chapter 7 bankruptcy case of Alvin V. Sersig.

2. After an initial hearing on April 12, 2016, and a second hearing on May 10, 2016, the Court found that Mr. Guinn's employment and compensation disclosures were, at best, insufficient, and that he facilitated the removal of assets out of state without court approval.

3. The Court ordered Mr. Guinn to disgorge his attorney's fees from the Sersig case and to file a list of all cases in which Mr. Guinn had engaged in similar conduct. Mr. Guinn subsequently filed a list of twenty-four (24) such cases. *See* docket nos. 76 and 77. From this list, the UST believes there are disgorgement actions that could be pursued in twenty-one (21) of these cases (the "Related Cases").

### B. AGREEMENT BETWEEN THE PARTIES.

4. In order to resolve any disgorgement issues in the Related Cases, the Parties have entered into a Settlement Agreement, a copy of which is attached hereto as Exhibit A. The terms of the Settlement Agreement are also set forth below:

   a. Mr. Guinn shall disgorge his attorney's fees (the "Funds") in the cases listed below, by the date listed, and in the amounts listed, to the respective assigned Chapter 7 or Chapter 13 trustees.

| Case Name | Case number | Petition date | Date vehicle was turned over | Attorney Fees | Trustee | Fee Disgorgement Date |
|---|---|---|---|---|---|---|
| Douglas, Sean & Katheryn | 2:15-bk-07859-DPC | 6/24/15 | 8/18/15 | $1,200 | Eric M. Haley<br>PO Box 13390<br>Scottsdale, AZ 85267 | 9-1-16 |
| Hernandez, Christina | 2:15-bk-10355-DPC | 8/14/15 | 9/22/15 | $1,105 | Maureen Gaughan<br>PO Box 6729<br>Chandler, AZ 85246 | 9-1-16 |
| De Matteo, Daniel | 2:15-bk-15034-PS | 12/25/15 | 8/7/15 | $1,500 | S. William Manera<br>2001 E. Campbell Suite 103 | 10-1-16 |

- 2 -

| | | | | | Phoenix, AZ 85016 | |
|---|---|---|---|---|---|---|
| Taylor, Mary & Scott | 0:16-bk-00186-PS | 1/9/16 | 10/27/15 | $995 | William Pierce<br>PO Box 429<br>Chino Valley, AZ 86323-0429 | 10-1-16 |
| Elton, Jennifer | 4:16-bk-01036-SHG | 2/5/16 | 12/12/15 | $1,200 | Stanley J. Kartchner<br>7090 N. Oracle Rd.<br>Suite 178-204<br>Tucson, AZ 85704 | 11-1-16 |
| Gibson, Adam & Leilani Schilling | 4:16-bk-01224-BMW | 2/11/16 | 12/16/15 | $1,535 | Trudy Nowak<br>2001 E. Campbell<br>Suite 201<br>Phoenix, AZ 85016 | 11-1-16 |
| Strickler, Gary & Nancy | 2:16-bk-01716-EPB | 2/25/16 | 12/28/15 | $ 1,000 | Jill Ford<br>PO Box 5845<br>Carefree, AZ 85377 | 12-1-16 |
| Goodgion, Glen & Judith | 2:16-bk-02225-BMW | 3/8/16 | 10/31/15 | $1,500 | Russell Brown<br>3838 N. Central Ave.<br>Suite 800<br>Phoenix, AZ 85012-1965 | 12-1-16 |
| Chipo, Tema | 4:16-bk-04023-BMW | 4/14/16 | 12/30/15 | $1,100 | Gayle Mills<br>PO Box 36317<br>Tucson, AZ 85740 | 1-1-17 |
| Cullum, Daniel | 2:16-bk-04593-MCW | 4/27/16 | 12/2/15 | $1,500 | Edward J. Maney<br>101 N. First Avenue, Suite 1775<br>Phoenix, AZ 85003 | 2-1-17 |

b. If the Funds are not received on or before the date set forth in the above table, Mr. Guinn shall be in default.

c. Mr. Guinn shall have fourteen (14) days to cure any such default. If a default is not cured within fourteen (14) days of written notice to Mr. Guinn, Mr. Guinn stipulates to the entry of a judgment, in the form attached as Exhibit 2 to the Settlement Agreement, in an amount equivalent to any attorney's fees that were not already disgorged from the Related Cases, in a principal amount not to exceed $26,835.00.

e. The signatories hereto represent and warrant that they have the authority to execute this settlement agreement for and on behalf of the Parties.

g. This settlement agreement is expressly contingent upon entry of a Court Order approving the terms set forth herein.

- 3 -

C.  **LEGAL AUTHORITY.**

The relief requested by this Motion is authorized by Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, which provides as follows:

> On motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement. Notice shall be given to creditors, the United States Trustee, the debtor, the indenture trustee as provided in Rule 2002 and to any other entity as the court may direct.

The UST, in the exercise of the UST's judgment and in consideration of the requirements of *A & C Properties*, 784 F.2d, 1377 (9th Cir. 1986), *In re Woodson*, 839 F.2d 610 (9th Cir. 1988), and *In re Schmitt*, 215 B.R. 417 (9th Cir. BAP 1997), believes that the proposed compromise and settlement is an appropriate resolution of this matter.

Bankruptcy courts have broad discretion in approving compromise agreements. Woodson, 839 F.2d at 620. The Court may approve a compromise if it is fair and equitable. *Id.* In determining the fairness and adequacy of a proposed compromise agreement, the Court should consider the following four factors: (1) the probability of success in litigation; (2) the difficulties, if any, to be encountered in collection; (3) the complexity of the litigation involved as well as the expense, inconvenience and delay necessarily attendant to the litigation; and (4) the paramount interest of creditors and a proper deference to their reasonable views. *Id.*

Consideration of these factors does not require the Court to decide questions of law or fact raised in the controversies sought to be settled, or determine that the compromise presented is the best possible outcome. Rather, the Court need only canvass the issues to determine whether the settlement falls "below the lowest point in the zone of reasonableness." *Newman v. Stein*, 464 F. 2d 689, 698 (2nd Cir. 1972), cert denied, 409 U.S. 1039 (1972); *See also In re Pennsylvania Truck Lines, Inc.*, 150 B.R. 595, 598 (Bankr. E.D. Pa. 1992)(holding that a bankruptcy court must consider these factors to see whether the settlement falls below the lowest point in the range of reasonableness.) Accordingly, if the court

- 4 -

finds the compromise does not fall below the threshold of reasonableness, the compromise should be approved. *In re Planned Protective Services, Inc.*, 130 B.R. 94, 99 n.7 (Bankr. C.D. Cal. 1991).

This settlement agreement is entered into between the Parties as a compromise of the potential disgorgement actions in each of the Related Cases, and is executed in order to avoid the additional discovery, expense, and delay associated with litigation. The Parties believe that the proposed settlement agreement is in the best interest of the creditors and parties in interest of this estate and of the estates in the Related Cases.

WHEREFORE, the Parties pray for an Order of this Court as follows:

    A.    Approving the settlement agreement on the terms set forth herein; and,

    B.    For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 11th day of August, 2016.

                              ILENE J. LASHINSKY
                              United States Trustee
                              District of Arizona

                              /s/ RSS (#017473)
                              RENEE SANDLER SHAMBLIN
                              Trial Attorney

Copy of the foregoing motion, with all
exhibits, served via electronic mail
this 11th day of August, 2016, to the parties
listed below:

Kirk Guinn
Guinn Sen & Walton, PLLC
3707 E. Southern Av., #1070
Mesa, AZ 85206
kirk@gswlawaz.com

Stanley J. Kartchner
7090 N. Oracle Road, #178-204
Tucson, AZ 85704
trustee@aztrustee.com

- 5 -

| | |
|---|---|
| 1 | |
| 2 | Eric M. Haley<br>PO Box 13390<br>Scottsdale, AZ 85267 |
| 3 | ehaley@haley-law.com |
| 4 | Maureen Gaughan<br>PO Box 6729 |
| 5 | Chandler, AZ 85246-6729<br>Maureen@mgaughan.com |
| 6 | |
| 7 | S. William Manera<br>2001 E. Campbell Suite 103 |
| 8 | Phoenix, AZ 85016<br>smanera@swmanera.com |
| 9 | |
| 10 | William Pierce<br>PO Box 429 |
| 11 | Chino Valley, AZ<br>86323-0429 |
| 12 | wpt@abk7.net |
| 13 | |
| 14 | Trudy Nowak<br>2001 E. Campbell<br>Suite 201 |
| 15 | Phoenix, AZ 85016<br>tan@tanowak.com |
| 16 | |
| 17 | Jill Ford<br>PO Box 5845 |
| 18 | Carefree, AZ 85377<br>jford@trustee.phxcoxmail.com |
| 19 | |
| 20 | Russell Brown<br>3838 N. Central Ave. |
| 21 | Suite 800<br>Phoenix, AZ 85012-1965 |
| 22 | rbrown@ch13bk.com |
| 23 | |
| 24 | Gayle Mills<br>PO Box 36317 |
| 25 | Tucson, AZ 85740<br>gaylemills@earthlink.net |
| 26 | |
| 27 | Edward J. Maney<br>101 N. First Avenue, Suite 1775 |
| 28 | |

- 6 -

| | |
|---|---|
| 1 | Phoenix, AZ 85003<br>office@maney13trustee.com |
| 2 | |
| 3 | Diane M. Mann<br>PO Box 12970 |
| 4 | Scottsdale, AZ 85267-2970<br>Dmm1126@aol.com |
| 5 | |
| 6 | Robert A. Mackenzie<br>2001 E. Campbell Ave., Suite 200<br>Phoenix, AZ 85016 |
| 7 | ram@ramlawltd.com |
| 8 | |
| 9 | David A. Birdsell<br>216 N. Center<br>Mesa, AZ 85201 |
| 10 | dab@azbktrustee.com |
| 11 | |
| 12 | |
| 13 | /s/ Connie Hoover |

- 7 -

# EXHIBIT A

# SETTLEMENT AGREEMENT
Alvin V. Sersig, Jr., Chapter 7 Case No. 4:15-bk-12519-BMW

## Recitals

1. This settlement agreement is entered into this 10th day of August, 2016 between the United States Trustee (the "UST") and Mr. Kirk A. Guinn (the UST and Mr. Guinn are collectively referred to herein as the "Parties").

2. On February 22, 2016, the UST filed a disgorgement motion (the "Motion") against Mr. Guinn in the Chapter 7 bankruptcy case of Alvin V. Sersig, Case No. 4:15-bk-12519-BMW.

3. After an initial hearing on April 12, 2016, and a second hearing on May 10, 2016, the Court found that Mr. Guinn's employment and compensation disclosures were, at best, insufficient, and that he facilitated the removal of assets out of state without court approval.

4. The Court ordered Mr. Guinn to disgorge his attorney's fees from the Sersig case and to file a list of all cases in which Mr. Guinn had engaged in similar conduct. Mr. Guinn subsequently filed a list of twenty-four (24) such cases. *See* docket nos. 76 and 77. From this list, the UST believes there are disgorgement actions that could be pursued in twenty-one (21) of these cases (the "Related Cases"). A list of the Related Cases is attached hereto as Exhibit 1.

## Agreement

In order to resolve any disgorgement issues in the Related Cases, the Parties hereby stipulate and agree to the following settlement terms:

a. Mr. Guinn shall disgorge his attorney's fees (the "Funds") in the cases listed below, by the date listed, and in the amounts listed, to the respective assigned Chapter 7 or Chapter 13 trustees.

| Case Name | Case number | Petition date | Date vehicle was turned over | Attorney Fees | Trustee | Fee Disgorgement Date |
|---|---|---|---|---|---|---|
| Douglas, Sean & Katheryn | 2:15-bk-07859-DPC | 6/24/15 | 8/18/15 | $1,200 | Eric M. Haley<br>PO Box 13390<br>Scottsdale, AZ 85267 | 9-1-16 |
| Hernandez, Christina | 2:15-bk-10355-DPC | 8/14/15 | 9/22/15 | $1,105 | Maureen Gaughan<br>PO Box 6729<br>Chandler, AZ 85246 | 9-1-16 |
| De Matteo, Daniel | 2:15-bk-15034-PS | 12/25/15 | 8/7/15 | $1,500 | S. William Manera<br>2001 E. Campbell Suite 103<br>Phoenix, AZ 85016 | 10-1-16 |
| Taylor, Mary & Scott | 0:16-bk-00186-PS | 1/9/16 | 10/27/15 | $995 | William Pierce<br>PO Box 429<br>Chino Valley, AZ 86323-0429 | 10-1-16 |
| Elton, Jennifer | 4:16-bk-01036-SHG | 2/5/16 | 12/12/15 | $1,200 | Stanley J. Kartchner<br>7090 N. Oracle Rd.<br>Suite 178-204<br>Tucson, AZ 85704 | 11-1-16 |
| Gibson, Adam & Leilani Schilling | 4:16-bk-01224-BMW | 2/11/16 | 12/16/15 | $1,535 | Trudy Nowak<br>2001 E. Campbell<br>Suite 201<br>Phoenix, AZ 85016 | 11-1-16 |

| Strickler, Gary & Nancy | 2:16-bk-01716-EPB | 2/25/16 | 12/28/15 | $1,000 | Jill Ford<br>PO Box 5845<br>Carefree, AZ 85377 | 12-1-16 |
|---|---|---|---|---|---|---|
| Goodgion, Glen & Judith | 2:16-bk-02225-BMW | 3/8/16 | 10/31/15 | $1,500 | Russell Brown<br>3838 N. Central Ave.<br>Suite 800<br>Phoenix, AZ 85012-1965 | 12-1-16 |
| Chipo, Tema | 4:16-bk-04023-BMW | 4/14/16 | 12/30/15 | $1,100 | Gayle Mills<br>PO Box 36317<br>Tucson, AZ 85740 | 1-1-17 |
| Cullum, Daniel | 2:16-bk-04593-MCW | 4/27/16 | 12/2/15 | $1,500 | Edward J. Maney<br>101 N. First Avenue, Suite 1775<br>Phoenix, AZ 85003 | 2-1-17 |

b. If the Funds are not received on or before the date set forth in the above table, Mr. Guinn shall be in default.

c. Mr. Guinn shall have fourteen (14) days to cure any such default. If a default is not cured within fourteen (14) days of written notice to Mr. Guinn, Mr. Guinn stipulates to entry of a judgment, in the form attached as Exhibit 2, in an amount equivalent to any attorney's fees that were not already disgorged from the Related Cases, in a principal amount not to exceed $26,835.00.

d. The signatories hereto represent and warrant that they have the authority to execute this settlement agreement for and on behalf of the Parties.

e. This settlement agreement is expressly contingent upon entry of a Court Order approving the terms set forth herein.

**STIPULATED AND AGREED:**

**Kirk A. Guinn**

By _____     _____
**Kirk A. Guinn**                       Date
Guinn Sen & Walton, PLC


Ilene J. Lashinsky
**United States Trustee**
**District of Arizona**

By _/s/ Renee Sandler Shamblin_         _8-10-16_
**Renee Shamblin**                       Date
**Trial Attorney**

| | | | | | | |
|---|---|---|---|---|---|---|
| Strickler, Gary & Nancy | 2:16-bk-01716 EPB | 2/25/16 | 12/28/15 | $1,000 | Jill Ford PO Box 5845 Carefree, AZ 85377 | 12-1-16 |
| Goodgion, Glen & Judith | 2:16-bk-02225-BMW | 3/8/16 | 10/31/15 | $1,500 | Russell Brown 3838 N. Central Ave. Suite 800 Phoenix, AZ 85012-1965 | 12-1-16 |
| Chipo, Tema | 4:16-bk-04023-BMW | 4/14/16 | 12/30/15 | $1,100 | Gayle Mills PO Box 36317 Tucson, AZ 85740 | 1-1-17 |
| Cullum, Daniel | 2:16-bk-04593-MCW | 4/27/16 | 12/2/15 | $1,500 | Edward J. Maney 101 N. First Avenue, Suite 1775 Phoenix, AZ 85003 | 2-1-17 |

b. If the Funds are not received on or before the date set forth in the above table, Mr. Guinn shall be in default.

c. Mr. Guinn shall have fourteen (14) days to cure any such default. If a default is not cured within fourteen (14) days of written notice to Mr. Guinn, Mr. Guinn stipulates to entry of a judgment, in the form attached as Exhibit 2, in an amount equivalent to any attorney's fees that were not already disgorged from the Related Cases, in a principal amount not to exceed $26,835.00.

d. The signatories hereto represent and warrant that they have the authority to execute this settlement agreement for and on behalf of the Parties.

e. This settlement agreement is expressly contingent upon entry of a Court Order approving the terms set forth herein.


STIPULATED AND AGREED:

Kirk A. Guinn

By _____     8-10-16
Kirk A. Guinn                  Date
Guinn Sen & Walton, PLC


Ilene J. Lashinsky
United States Trustee
District of Arizona

By _____     _____
Renee Shamblin                 Date
Trial Attorney

# EXHIBIT 1

|   |   | Exhibit 1 |   |   |   |
|---|---|---|---|---|---|
|   |   | **Related Cases** |   |   |   |
|   | Case Name | Case number | Petition date | Vehicle Transfer Date | Attorney Fees (2016 Statement) |
| 1 | Serbin, Amanda & Raul | 4:14-bk-05836-BMW | 4/22/2014 | 9/9/2015 | $ 1,500.00 |
| 2 | Garner, Joe & April | 2:14-bk-18304-GBN | 12/15/2014 | 10/16/2015 | $2,000.00 |
| 3 | Turman, Kristi | 0:15-bk-02666-DPC | 3/12/2015 | 8/11/2015 | $ 1,200.00 |
| 4 | Feidler, Joseph | 2:15-bk-02955-GBN | 3/18/2015 | 8/31/2015 | $ 1,200.00 |
| 5 | Farvour, Donald & Silvia | 0:15-bk-06272-PS | 5/20/2015 | 8/17/2015 | $ 1,200.00 |
| 6 | Guy, Joseph & Kristie | 2:15-bk-06377-DPC | 5/21/2015 | 9/7/2015 | $ 1,200.00 |
| 7 | Douglas, Sean & Katheryn | 2:15-bk-07859-DPC | 6/24/2015 | 8/18/2015 | $ 1,200.00 |
| 8 | Edwrds, Chuck & Lee | 2:15-bk-09924-DPC | 8/5/2015 | 9/7/2015 | $ 1,200.00 |
| 9 | Bracknell, Jennifer | 4:15-bk-10250-BMW | 8/12/2015 | 10/30/2015 | $ 1,200.00 |
| 10 | Hernandez, Christina | 2:15-bk-10355-DPC | 8/14/2015 | 9/22/2015 | $ 1,105.00 |
| 11 | Dion, Lynn & Steven | 0:15-bk-11947-PS | 9/17/2015 | 11/3/2015 | $ 1,200.00 |
| 12 | Leftwich, Cadice & Stephen | 0:15-bk-14831-DPC | 11/19/2015 | 10/27/2015 | $ 1,300.00 |
| 13 | Duran, Marco | 2:15-bk-15381-GBN | 12/3/2015 | 12/29/2015 | $ 1,000.00 |
| 14 | De Matteo, Daniel | 2:15-bk-15034-PS | 12/25/2015 | 8/7/2015 | $ 1,500.00 |
| 15 | Taylor, Mary & Scott | 0:16-bk-00186-PS | 1/9/2016 | 10/27/2015 | $ 995.00 |
| 16 | Elton, Jennifer | 4:16-bk-01036-SHG | 2/5/2016 | 12/12/2015 | $ 1,200.00 |
| 17 | Gibson, Adam & Leilani Schilling | 4:16-bk-01224-BMW | 2/11/2016 | 12/16/2015 | $ 1,535.00 |
| 18 | Strickler, Gary & Nancy | 2:16-bk-01716-EPB | 2/25/2016 | 12/28/2015 | $ 1,000.00 |
| 19 | Goodgion, Gloen & Judith | 2:16-bk-02225-BMW | 3/8/2016 | 10/31/2015 | $ 1,500.00 |
| 20 | Chipo, Tema | 4:16-bk-04023-BMW | 4/14/2016 | 12/30/2015 | $ 1,100.00 |
| 21 | Cullum, Daniel | 2:16-bk-04593-MCW | 4/27/2016 | 12/2/2015 | $1,500.00 |
|   |   |   |   |   | $ 26,835.00 |

# EXHIBIT 2

ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RENEE SANDLER SHAMBLIN (#017473)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2616
Email: Renee.s.Shamblin@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

ALVIN V. SERSIG, JR.,

Debtor.

In Proceedings under Chapter 7

Case No. 4:15-bk-12519-BMW

**JUDGMENT IN FAVOR OF THE UNITED STATES TRUSTEE**

Pursuant to the Settlement Agreement dated August 10, 2016 between the United States Trustee and Mr. Kirk A. Guinn, the Order Approving Settlement Agreement dated August __, 2016, *see* Docket Entry #___), and the Notice of Default of Settlement Agreement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment against Mr. Guinn, in the sum of $26,835.00, is hereby entered in favor of the United States of America and the United States Trustee, together with after-accruing costs, if any. Interest shall accrue on the judgment as authorized and at the rate specified by 31 U.S.C. § 3717(a)(1), until the judgment is paid or satisfied in full.

**SIGNED AND DATED ABOVE.**